**Opinion issued June 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00006-CV**

———————————

**CHRISTOPHER GABEL, Appellant**

**V.**

**SEKARA GABEL, Appellee**

---

**On Appeal from 257th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-67980**

---

**MEMORANDUM OPINION**

Appellant Christopher Gabel has neither established indigence for purposes

of court costs nor paid, or made arrangements to pay, the fee for preparing the clerk's

record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.1. We notified Appellant that

his appeal could be dismissed for want of prosecution if the clerk's record was not

filed.  *See* TEX. R. APP. P. 37.3(a), (b).  We directed Appellant to submit written evidence from the trial court clerk by June 6, 2024, reflecting he paid, or made arrangements to pay, the fee for preparing the clerk's record.  To date, Appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.